IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MBANK BROWNSVILLE, N.A.** §<br>  Plaintiff §<br>vs. §<br> §<br>**RIO GRANDE TRAWLERS, INC.,** §<br>**RICARDO ORTIZ AND F/V TOLEDO,** §<br>its engines, nets, tackle, apparel, §<br>and furniture, etc., *in rem*, §<br>  Defendants §<br>vs. §<br> §<br>**VALLEY ICE & FUEL COMPANY, INC.** §<br>  Intervenor § | | **CIVIL ACTION NO. B-90-cv-00015**<br><br>**IN ADMIRALTY** |

**PLAINTIFF MBANK BROWNSVILLE, N.A., AND
INTERVENOR, VALLEY ICE & FUEL CO., INC.'s
UNOPPOSED JOINT MOTION TO DISBURSE FUNDS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

  **COME NOW** Plaintiff, **MBANK BROWNSVILLE, N.A.** now known as, **WELLS FARGO BANK, N.A.**, and **Intervenor, VALLEY ICE & FUEL CO., INC.**, by their attorneys, and file this Unopposed Joint Motion to Disburse Funds and state as follows:

  1.  On January 6, 1992, the Court entered an Order granting the parties Agreed Motion for Disbursement of Funds from the Registry of the Court in favor of Plaintiff, **MBANK BROWNSVILLE, N.A.**, against Defendants, **RIO GRANDE TRAWLERS, INC., RICARDO ORTIZ** and **F/V TOLEDO**.

  2.  The United States District Clerk reported to Plaintiff that as of April 14, 2005 only the principal of $84,695.00 had been disbursed to Plaintiff; however, accrued interest in the amount of approximately $4,448.05 has not been disbursed and the

interest continues to accrue until disbursed.

3.   Plaintiff and Intervenor request that all funds held in the registry of the court be disbursed to Plaintiff.

## Prayer

A.   For these reasons, Plaintiff, **MBANK BROWNSVILLE, N.A.**, now known as **WELLS FARGO BANK, N.A.**, a national banking association and Intervenor **VALLEY ICE & FUEL CO., INC.**, pray that the Court order the United States District Clerk to issue his check for the total balance of all funds held within the registry of this court, the sum being $4,448.05 plus interest accrued to date of disbursement, to Plaintiff **WELLS FARGO BANK, N.A.**, %T. Mark Blakemore, 835 E. Levee Street, Fl 6, Brownsville, Texas 78520-5101 in partial satisfaction of the judgment against the Defendants.

Dated: August 31, 2005.

Respectfully submitted,

By: _____
T. Mark Blakemore
SBN 02431800 • Federal ID No. 1915
Attorney for **WELLS FARGO BANK, N.A.**

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., Sixth Floor
Brownsville, TX 78520-5101
(956) 541-5900-telephone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com

By: *[signature]*
T. Mark Blakemore for Dennis Sanchez
By permission
Federal ID No. 1594 • State Bar No. 17569600
Attorneys for **VALLEY ICE & FUEL, INC.**

Sanchez, Whittington, Zabarte & Wood, LLP
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731- telephone
(956) 546-3466-facsimile

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Federal Rules of Civil Procedure 5(b), on the 31st day of August, 2005, a true and correct copy of the foregoing pleading was served upon defendants in the manner indicated below:

*Via U.S. Certified Mail, RRR#70040750000184809331*
**RICARDO ORTIZ,** Individually and as registered agent for
**RIO GRANDE TRAWLERS, INC.**
c/o Texas Secretary of State
Attention: Corporation Section
1019 Brazos Street
Austin, Texas 78701

_____
T. Mark Blakemore