IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MBANK BROWNSVILLE, N.A.** § <br> Plaintiff § <br> vs. § <br> § <br> **RIO GRANDE TRAWLERS, INC.,** § <br> **RICARDO ORTIZ AND F/V TOLEDO,** § <br> its engines, nets, tackle, apparel, § <br> and furniture, etc., *in rem*, § <br> Defendants § <br> vs. § <br> § <br> **VALLEY ICE & FUEL COMPANY, INC.** § <br> Intervenor § | | **CIVIL ACTION NO. B-90-cv-00016** <br><br> **IN ADMIRALTY** |

## ORDER TO DISBURSE FUNDS
## HELD IN THE REGISTRY OF THE COURT

On this day, the court considered plaintiff **WELLS FARGO BANK TEXAS, N.A.** and intervenor **VALLEY ICE & FUEL CO., INC.**'s Unopposed Joint Motion to Disburse Funds. After considering the court's file, the court

**ORDERS** the United States District Clerk to issue his check for the total balance of all funds held within the registry of this court, the sum being $4,448.05 plus interest accrued to date of disbursement, to Plaintiff **WELLS FARGO BANK, N.A.,** %T. Mark Blakemore, 835 E. Levee Street, Fl 6, Brownsville, Texas 78520-5101 in partial satisfaction of the judgment against the Defendants.

SIGNED on _____, 2005.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED BY:

T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee Street, FL 6
Brownsville, TX 78520-5101
(956) 541-5900 - Telephone
(956) 541-5905 - Facsimile
tmblakemore@tmb-atty.com - Email

_____
T. Mark Blakemore
Federal ID No. 1915 • State Bar No. 02431800
Attorney for **WELLS FARGO BANK TEXAS, N.A.**

Sanchez, Whittington, Zabarte & Wood, LLP

By: _____
     T. Mark Blakemore with permission of Dennis Sanchez
Federal ID No. 1594 • State Bar No. 17569600

Sanchez, Whittington, Zabarte & Wood, LLP
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731- telephone
(956) 546-3465/66-facsimile

Attorney for **VALLEY ICE & FUEL CO., INC.**